

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00871-CV

**IN THE INTEREST OF C.M.**, M.M., and V.M., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01429
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED May 8, 2019.

_____
Luz Elena D. Chapa, Justice